ETHEL L. JAMISON, as Administratrix of the Estate of MATTHEW JAMISON, Deceased, Respondent-Appellant, *v.* HENRY F. RAAB, INC., Appellant, and GENERAL ELECTRIC COMPANY, Respondent.

HENRY F. RAAB, INC., Third-Party Plaintiff-Appellant, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant-Respondent.

JOHN A. HARRIS, Respondent-Appellant, *v.* HENRY F. RAAB, INC., Appellant, and GENERAL ELECTRIC COMPANY, Respondent.

HENRY F. RAAB, INC., Third-Party Plaintiff-Appellant, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant-Respondent.

GENERAL ELECTRIC COMPANY, Third-Party Plaintiff, *v.* AUGUSTUS V. RIEGEL, INC., Third-Party Defendant.

Argued January 4, 1955; decided February 28, 1955.

804

*Frederick P. Close* and *Arthur F. Gaynor* for Henry F. Raab, Inc., appellant and third-party plaintiff-appellant.

*Joseph G. Blum, Michael F. Mayer* and *Eugene N. Aleinikoff* for Ethel L. Jamison, respondent-appellant.

*Sidney J. Loeb* and *Alfred Sobol* for General Electric Company, respondent and third-party plaintiff.

*Daniel Danziger* and *Sidney Einhorn* for John A. Harris, respondent-appellant.

*William T. Gallagher* for Augustus V. Riegel, Inc., third-party defendant-respondent and third-party defendant.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.